```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTORIANO TAVAREZ,

                      **Plaintiff,**          21-CV-09994 (PAE)(SN)

    -against-                             **ORDER**

STONE FOREST, INC.,

                      **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On March 16, 2022, the Court ordered the parties to file either their proposed stipulation of dismissal or a letter on the status of settlement by March 30, 2022. ECF No. 15. As of the issuance of this order, the parties have not done so. The parties' proposed stipulation or letter is due no later than April 8, 2022.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:    April 4, 2022
                 New York, New York